IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO 25-5178-GF-TJC |
|---|---|
| Plaintiff, | VIOLATION: E2029216 |
| vs. | Location Code: M13 |
| ANUPAM A. SONI, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $200 fine and $30 processing fee for violation E2029216 (for a total of $230), and for good cause shown,

**IT IS ORDERED** that the $230 payment made by the defendant is accepted as a full adjudication of violation E2029216.

**IT IS FURTHER ORDERED** that the bench trial scheduled for January 9, 2026, is **VACATED**.

DATED this ____ day of November, 2025.

Timothy J. Cavan
United States Magistrate Judge